DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**IAN T. GRAY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-2251

[November 12, 2025]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Gary M. Farmer, Jr., Judge; L.T. Case No. 21-005914CF10A.

Daniel Eisinger, Public Defender, and Benjamin Nathanial Paley, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Zi Jin Peter Chan, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

We affirm the defendant's conviction and sentence. The State concedes that the trial court improperly assessed the "crimes against a minor" cost because the victim was not a minor. Therefore, we reverse in part and remand for trial court to vacate the "crimes against a minor" cost.

*Affirmed in part, reversed in part, and remanded with instructions.*

KUNTZ, C.J., MAY, J., and EWEN, LILLIAN, Associate Judge, concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***